# IN THE COURT OF APPEALS OF IOWA

No. 15-1572
Filed August 17, 2016

**POLARIS INDUSTRIES, INC.,**
    Plaintiff-Appellant,

**vs.**

**COLLEEN QUASTAD,**
    Defendant-Appellee.
_____

        Appeal from the Iowa District Court for Polk County, Jeanie K. Vaudt, Judge.


        An employer appeals the district court's ruling affirming a workers' compensation award. **AFFIRMED.**



        D. Brian Scieszinski of Bradshaw, Fowler, Proctor & Fairgrave, P.C., Des Moines, for appellant.

        Robert E. McKinney of McKinney Law Offices, Waukee, and E.W. Wilcke, Spirit Lake, for appellee.


        Considered by Tabor, P.J., and Bower and McDonald, JJ.

**MCDONALD, Judge.**

Polaris Industries, Inc., appeals a decision of the Iowa Workers' Compensation Commissioner. The commissioner found claimant Colleen Quastad suffered a thirty-five percent industrial disability and awarded Quastad 175 weeks' permanent partial disability benefits. The district court affirmed the commissioner's award. On appeal, Polaris contends the commissioner erred in awarding Quastad industrial disability benefits because Quastad returned to employment without restriction. Under present law, our review of a workers' compensation decision is limited. *See McComas-Lacina Constr. v. Drake*, No. 15-0922, 2016 WL 2744948, at *1 (Iowa Ct. App. May 11, 2016) (noting nearly all disputes are won or lost at the agency level). An industrial disability determination presents a mixed question of law and fact. *See Larson Mfg. Co., Inc. v. Thorson*, 763 N.W.2d 842, 856 (Iowa 2009). "The commissioner has a duty to state the evidence relied upon and detail the reasons for any conclusions." *Myers v. F.C.A. Servs., Inc.*, 592 N.W.2d 354, 356 (Iowa 1999). "[W]e may reverse the Commissioner's application of the law to the facts only if it is irrational, illogical, or wholly unjustifiable." *Lakeside Casino v. Blue*, 743 N.W.2d 169, 173 (Iowa 2007) (citation omitted). Like the district court, we cannot conclude the agency's decision is irrational, illogical, or wholly unjustifiable. "The commissioner may find there has been a diminution in earning capacity, even when there has not been a diminution in actual earnings." *ABF Freight Sys., Inc. v. Veenendaal*, No. 11-1862, 2012 WL 1860733, at *4 (Iowa Ct. App. May 23,

2012).  We affirm the judgment of the district court without further opinion.  *See*
Iowa Ct. R. 21.26(1)(a), (b), (d), and (e).

**AFFIRMED.**